UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ESTELA ESCOBAR-GONZALES O/B/O M.G.**,

          Plaintiff,

   v.

**CAROLYN COLVIN, Acting Commissioner of Social Security Administration**,

          Defendant.

Case No. 3:15-cv-00569-KI

JUDGMENT

   Merrill Schneider
   Schneider, Kerr & Gibney Law Offices
   P.O. Box 14490
   Portland, Oregon 97293

       Attorney for Plaintiff

   Billy J. Williams
   United States Attorney
   District of Oregon
   Janice E. Hebert
   Assistant United States Attorney
   1000 SW Third Ave., Ste. 600
   Portland, OR 97204-2902

Page 1 - JUDGMENT

Jordan D. Goddard
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this     3rd     day of March, 2016.


        /s/ Garr M. King
        Garr M. King
        United States District Judge